LAW OFFICES
# BASS & ASSOCIATES
A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

August 8, 2012

United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Re: Melissa A. Kelly

Case No.: 09-48072
Claim No.: 19

To Whom It May Concern:

We represent eCAST Settlement Corporation, in the above referenced matter. Our firm filed the above listed proof of claim on behalf of our client on July 17, 2009 in the amount of $1783.64. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jennifer Pursley, Esq.
Bass & Associates, P.C.
Authorized Agent for Creditor
Admitted in Arizona
SBA:022652